The People of the State of Illinois ex rel. Fred C. Shank, appellee, v. The Village of Tampico and Olive Howland, appellants. Gen. No. 7,826.

Petition to compel removal of obstruction from public way. Judgment for petitioner. Appeal from the Circuit Court of Whiteside county; the Hon. Nels A. Larson, Judge, presiding. Heard in this

court at the October term, 1927. Affirmed. Opinion filed January 23, 1928.

J. J. Ludens and Jacob Cantlin, for appellants. McCalmont & Ramsay and McMahon & Bell, for appellee.

Mr. Justice Boggs delivered the opinion of the court.